# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JUAN CEJA SOLORZANO, | Case No. CV 18-00288-AS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: August 22, 2019.

                                            /s/
                                 ALKA SAGAR
               UNITED STATES MAGISTRATE JUDGE